UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Juan C. Villar**

    v.                                                          Civil No. 13-cv-9-JD

**City of Aventura, Florida, et al**

### O R D E R

After due consideration of the objection[1] filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 10, 2013.

The Clerk's office is directed to transfer this case to the United States District Court for the Southern District of Florida, and close the case in this court.

SO ORDERED.

                                                                */s/ Joseph A. DiClerico, Jr.*
                                                                Joseph A. DiClerico, Jr.
                                                                United States District Judge

Date: June 25, 2013

cc:  Juan C. Villar

---

[1] The court construes Villar's Motion to Issue Summonses (doc. no. 7) as an Objection to the Report and Recommendation.  The request therein to issue summonses is denied as moot.